-1-

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MADISON WEAVER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:23-cv-869 |
| | : | |
| v. | : | |
| | : | |
| GAT AIRLINE GROUND SUPPORT, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT NOTICE OF SETTLEMENT

Defendant, GAT Airline Ground Support, Inc. ("GAT"), and Plaintiff Madison Weaver ("Plaintiff"), by and through undersigned counsel, hereby jointly notify the Court that the Parties have reached a settlement resolving Plaintiff's remaining claims in the above-captioned case. The Parties respectfully request that the settlement conference currently scheduled for March 5, 2026 at 10:00 a.m., and all further deadlines be cancelled.

-1-

Dated: February 26, 2026          Respectfully submitted,

/s/ *Denise E. Giraudo*

John J. Berry (PA Bar No. 313481)
DINSMORE & SHOHL LLP
Six PPG Place, Ste. 1300
Pittsburgh, PA 15222
John.Berry@Dinsmore.com
Phillip.Raymond@Dinsmore.com
Tel: (412) 288-5854
Fax: (412) 281-5055

Denise E. Giraudo (D.C. Bar 499349 - *pro hac vice*)
Christopher R. Williams (D.C. Bar 1048020 - *pro hac vice*)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave., Ste. 100
Washington, D.C. 20006
dgiraudo@sheppardmullin.com
cwilliams@sheppardmullin.com
Tel: (202) 747-1900
Fax: (202) 747-1901

*Counsel for Defendant*

/s/ *Timothy Prol*

Timothy Prol (PA Bar No. 319524)
DEREK SMITH LAW GROUP, PLLC
1628 Pine Street
Philadelphia, PA 19103
tim@dereksmithlaw.com
T: (267) 857.0834

*Counsel for Plaintiff*